## BROWN v. STATE.
### No. 21209.

Court of Criminal Appeals of Texas.

Nov. 6, 1940.

E. R. Wright and S. K. Long, both of Beaumont, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

This is an appeal from a sentence of thirty-five years in the penitentiary for murder. The record is before us without a statement of facts and without bills of exception. We have examined the record and it appears to be regular.

The judgment of the trial court is affirmed.

## POWELL v. STATE.
### No. 21204.

Court of Criminal Appeals of Texas.

Nov. 6, 1940.

W. T. Barber, of San Marcos, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is unlawfully carrying a pistol; the punishment, a fine of $100.

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.